IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>DRAKE BALLER,<br><br>                Defendant. | 4:25CR3052<br><br>**CASE<br>TELEPHONE CONFERENCE<br>INSTRUCTIONS** |

      To facilitate telephone conferences with Magistrate Judge DeLuca, <u>unless the court's order states otherwise</u>, counsel and the defendants shall use the following instructions and codes assigned to this case:

      Dial 1-855-244-8681.

      Enter the access code 2318 102 2958, then touch the # key.

      DATED this 23rd day of September, 2025.

                                                                   BY THE COURT:

                                                                *s/ Jacqueline M. Deluca*
                                                                United States Magistrate Judge