# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:25CR3052** |
| vs. | |
| DRAKE BALLER, | **ORDER** |
| Defendants. | |

Defendant has moved to modify the release order, (Filing No. 170). The motion is unopposed. Based on the showing set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

1. Condition (h) is modified to allow defendant to have contact with Breanne Elaine Baller f/k/a Breanne Elaine Warner.

2. All other conditions remain as set forth in the Order Setting Conditions of Release (Filing No. 151) and Consent and Order Modifying Conditions (Filing 154).

Dated this 13th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge